**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1863**

DESPINA NEUPH LUCAS,

        Plaintiff - Appellant,

        v.

SHAWN CHRISTOPHER PFARNER; PERFORMANCE FOOD GROUP COMPANY, a/k/a Vistar, A PFG Company, a/k/a Performance Food Service; RYDER LOGISTICS & TRANSPORTATION SOLUTIONS WORLDWIDE; SUMS SKIP AND COLLECTION, plus six other business names; UNITED STATES OF AMERICA; STATE OF ILLINOIS; STATE OF NORTH CAROLINA; COMMONWEALTH OF VIRGINIA; CITY/COUNTY OF HAMPTON, Virginia; DARE COUNTY, NORTH CAROLINA, & District 1; CITY/COUNTY OF VIRGINIA BEACH, VIRGINIA; CITY/COUNTY OF NEWPORT NEWS, VIRGINIA; COUNTY OF CRAVEN, NORTH CAROLINA & DISTRICT 3B; COUNTY OF GRUNDY, ILLINOIS; CITY OF MORRIS, ILLINOIS; ROBERT SHAFFER, Deceased Robert & Martha Lynn Shaffer; CURRITUCK COUNTY, NORTH CAROLINA; JAMES ELEFTHERIOU, Estate Administrator for Katina Lucas; YVONNE ELEFTHERIOU-STEVENSON,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:19-cv-00503-AWA-LRL)

Submitted: March 9, 2021                      Decided: March 23, 2021

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Despina Neuph Lucas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Despina Neuph Lucas appeals the district court's order dismissing her civil complaint pursuant to 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lucas v. Pfarner*, No. 2:19-cv-00503-AWA-LRL (E.D. Va. July 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*